**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A.,** § § § **CIVIL ACTION NO. 2:16-CV-00462-JRG** | |
| *Plaintiffs*, § **(LEAD CASE)** § | |
| v. § § | |
| **SAMSUNG ELECTRONICS AMERICA, INC.,** § § **CIVIL ACTION NO. 2:16-CV-00731-JRG** § **(MEMBER CASE)** | |
| **GREEN TOMATO LIMITED,** § § | |
| *Defendants.* | |

**ORDER**

Before the Court is Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A.'s (collectively "Uniloc") Notice of Dismissal Without Prejudice (the "Notice"). (Dkt. No. 288.) Uniloc gives notice that it has voluntarily dismissed without prejudice its claims against Defendant Green Tomato Limited ("Green Tomato") in Case No. 2:16-cv-00731-JRG pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). All other actions consolidated with lead case 2:16-cv-00462-JRG are currently stayed. (Dkt. No. 268.)

Having considered the Notice, the Court hereby **DISMISSES WITHOUT PREJUDICE** all claims asserted between Uniloc and Green Tomato in Case No. 2:16-cv-00731-JRG. It is further **ORDERED** that each party shall bear its own attorneys' fees, expenses, and costs. All pending motions in Case No. 2:16-cv-00731-JRG are **DENIED AS MOOT**.

So ORDERED and SIGNED this 18th day of April, 2019.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE